**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| COLLABO INNOVATIONS, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC., both Delaware Corporations<br><br>Defendants. | Case No. 6:24-cv-00472-CRW<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CHRISTOPHER EPPICH IN SUPPORT OF
DEFENDANTS' OPPOSED MOTION TO STRIKE
PLAINTIFF'S UNTIMELY EXPERT INFRINGEMENT THEORIES**

I, Christopher Eppich, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Covington & Burling LLP, counsel for Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendants' Opposed Motion to Strike Plaintiff's Untimely Expert Infringement Theories.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of a Qualcomm document which was produced in this litigation with Bates number QCOLLABO_0040594 **(FILED UNDER SEAL)**.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,930,575 ("the '575 Patent").

4. Attached as Exhibit 3 is a true and correct copy of excerpts of Plaintiff Collabo

1

Innovations, Inc.'s Final Infringement Contentions, served on September 26, 2025 ("FICs") **(FILED UNDER SEAL)**.

5.    Attached as Exhibit 4 is a true and correct copy of excerpts of Daniel Wong's Expert Report on Infringement, dated April 9, 2026 ("Wong Report") **(FILED UNDER SEAL)**.

6.    Attached as Exhibit 5 is a true and correct copy of excerpts of the Expert Report of Dr. John Villasenor on Invalidity of the Asserted Claims of the '575 Patent, dated April 9, 2026 **(FILED UNDER SEAL)**.

7.    Attached as Exhibit 6 is a true and correct copy of a chart titled "Asserted Claims of the '575 Patent," attached as Exhibit 6 to the Wong Report.

8.    Attached as Exhibit 7 is a true and correct copy of excerpts of a chart purporting to show infringement by a certain set of Accused Products, attached as Exhibit 7 to the Wong Report **(FILED UNDER SEAL)**.

9.    Attached as Exhibit 8 is a true and correct copy of excerpts of a chart purporting to show infringement by a certain set of Accused Products, attached as Exhibit 8 to the Wong Report **(FILED UNDER SEAL)**.

10.    Attached as Exhibit 9 is a true and correct copy of excerpts of a Qualcomm document which was produced in this litigation with Bates number QCOLLABO_0194135 **(FILED UNDER SEAL)**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of June, 2026, in Los Angeles, California.

2

Dated: June 5, 2026

Respectfully submitted,

*/s/ Christopher K. Eppich*
Deron R. Dacus (ddacus@dacusfirm.com)
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Richard L. Rainey (rrainey@cov.com)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5565

Christopher K. Eppich (ceppich@cov.com)
State Bar No. 24077134
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800

Anupam Sharma (asharma@cov.com)
Hyun Byun (hbyun@cov.com)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
(650) 632-4709

*Attorneys for Defendants Qualcomm*
*Incorporated and Qualcomm Technologies, Inc.*