### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| COLLABO INNOVATIONS, INC., a Delaware Corporation<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC., both Delaware Corporations<br><br>　　　　Defendants. | Case No. 6:24-cv-00472-CRW<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO STRIKE

Before this Court is Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc.'s Opposed Motion to Strike Plaintiff's Untimely Expert Infringement Theories of U.S. Patent No. 7,930,575. The Court, having read and considered the Motion, finds that it should be, and is hereby, GRANTED.

IT IS SO ORDERED THIS _____ day of _____ 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE